**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 10-19278 |
| VALENTINA KISELEV, | ) | |
| | ) | |
| Debtor(s). | ) | |
| _____ | ) | |
| | ) | |
| BANKRUPTCY ESTATE OF | ) | |
| VALENTINA KISELEV, by and through | ) | Adv. No. 17-01171 |
| Edmund J. Wood, Bankruptcy Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER AUTHORIZING |
| VALENTINA KISELEV and JOHN DOE | ) | DISBURSEMENT |
| KISELEV, wife and husband, and | ) | |
| the marital community comprised thereof; | ) | |
| DMITRIY KISELEV and JANE DOE | ) | |
| KISELEV, husband and wife, and the marital | ) | |
| community comprised thereof; | ) | |
| PNC BANK, N.A., a national banking | ) | |
| association, f/k/a National City Bank; | ) | |
| BANK OF AMERICA, N.A., a national | ) | |
| banking association, d/b/a FIA Card Services, | ) | |
| N.A.; MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC., an | ) | |
| inactive Washington corporation; | ) | |
| NATIONSTAR MORTGAGE, LLC, a | ) | |

**ORDER AUTHORIZING
DISBURSEMENT**
180305cOrd Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Below is the Order of the Court.

| | |
|---|---|
| 1 | Delaware limited liability company, d/b/a Nationstar Wholesale Lender; CORELOGIC; |
| 2 | SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; and |
| 3 | CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, |
| 4 | |
| | Defendants. |
| 5 | |

6   THIS MATTER having come on regularly before the above-signed Judge of the above-

7   entitled court, upon the Plaintiff's Motion for an Order Authorizing Disbursement, the court having

8   reviewed the pleadings on file herein, and being fully apprised of the circumstances, finding that the

9   disbursement is appropriate, now, therefore, it is hereby

10   ORDERED that the King County Superior Court Clerk shall disburse to Bank of America,

11   N.A., d/b/a FIA Card Services, N.A., the amount of $31,984.76 deposited under King County

12   Superior Court Cause No. 17-2-25558-1.  The Clerk shall make the check payable to "Bank of

13   America, N.A."  The check shall be mailed to the following address:

14       Bank of America, N.A.
    P. O. Box 15019
15       Wilmington, DE 19850-5019

16   IT IS HEREBY FURTHER ORDERED that, pursuant to the Federal Rules of Bankruptcy

17   Procedure 9027(i), this order shall be a final judgment or decree.

18   //// END OF ORDER ////

19

Presented By:

20

THE LIVESEY LAW FIRM

21

22   /S/ *Rory C. Livesey*

23   Rory C. Livesey, WSBA #17601
Attorney for Plaintiff/Trustee

24

25   The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**ORDER AUTHORIZING DISBURSEMENT**
180305cOrd Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826